UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JULIE T. TATUM,                      )
                                     )
         Plaintiff,                  )
                                     )
v.                                   )          CV421-096
                                     )
SYSCO JACKSONVILLE, INC.,            )
                                     )
         Defendant.                  )

# ORDER

The Court granted the parties' three joint motions to stay. Docs. 15, 17 & 19. In its Order granting the third motion, the Court directed the parties to file a renewed Rule 26(f) Report by April 21, 2022 if they were unable to reach a settlement during the stay. Doc. 19 at 2. The parties filed a Rule 26(f) Report using Judge Moore's 26(f) form, doc. 21; however, this case has been reassigned to Judge Baker. *See* doc. 20 at 1-2. Accordingly, the parties are **DIRECTED** to confer and submit a renewed Rule 26(f) Report using Judge Baker's form within 7 days from the date of entry of this Order. The Report shall conform to the language and format of the Form Rule 26(f) Report for use in Judge Baker's cases located on the Court's website www.gasd.uscourts.gov under "Forms."

The parties must use that form to guide their discussion at their conference.

**SO ORDERED**, this 27th day of April, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA