AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JULIE TATUM,

    Plaintiff,

                    v.

SYSCO JACKSONVILLE, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:21-cv-96

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated October 11, 2022, all claims are dismissed with prejudice. This case stands closed.

Approved by: _____

October 17, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020